1  Willard K. Tom
   General Counsel
2
   Robin L. Moore
3  Benjamin J. Theisman
   600 Pennsylvania Avenue, NW
4  Mailstop M-8102B
   Washington, DC 20580
5  Telephone: (202) 326-2167, -2223
   Fax: (202) 326-2558
6  Email: rmoore@ftc.gov, btheisman@ftc.gov

7  Blaine T. Welsh
   Assistant United States Attorney
8  Nevada Bar No. 4790
   333 Las Vegas Blvd. South, Suite 5000
9  Las Vegas, NV 89101

10 Attorneys for Plaintiff
   Federal Trade Commission
11
                    UNITED STATES DISTRICT COURT
12                       DISTRICT OF NEVADA

13

14 | **FEDERAL TRADE COMMISSION,** | Case No. 2:11-cv-00461

15 | **Plaintiff,**

16 | vs.

17 | **MICHAEL BRUCE MONEYMAKER, a/k/a Bruce Moneymaker, Mike Smith, and Michael Bruce Millerd, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,**

20 | **DANIEL DE LA CRUZ, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,**

22 | **BELFORT CAPITAL VENTURES, INC., a corporation,**

24 | **DYNAMIC ONLINE SOLUTIONS, LLC, a limited liability company,**

25

| |
|---|
| HSC LABS, INC., a corporation, |
| RED DUST STUDIOS, INC., a corporation, |
| SEASIDE VENTURES TRUST, individually and as an officer and director of the corporate defendants, and |
| JOHN DOE NO. 1, in his capacity as trustee of Seaside Ventures Trust, |
| Defendants. |

### NOTICE LIFTING TEMPORARY SEAL

Pursuant to the Court's Order Temporary Sealing Entire File, Plaintiff Federal Trade Commission provides this Notice to the Clerk that there is no further need to keep the materials under seal, thereby dissolving the seal in the above referenced matter. Please note that this applies to all documents except certain exhibits filed under a caption stating "SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002," found at docket entry 15. Those documents are to remain sealed. Redacted versions of those exhibits were filed on March 28, 2011, found at docket entries 11, 12, and 14, and those redacted exhibits can be unsealed.

Respectfully submitted,
WILLARD K. TOM
General Counsel

Dated: April 5, 2011

ROBIN L. MOORE
BENJAMIN J. THEISMAN
600 Pennsylvania Avenue, NW, M-8102B
Washington, DC 20580
Telephone: (202) 326-2167, -2223

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

IT IS SO ORDERED this 5th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE