# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRUCE MONEYMAKER, et al.,<br><br>Defendants. | 2:11-CV-461 JCM (RJJ) |

**ORDER**

Presently before the court is the plaintiff's motion to temporarily seal the entire file. (Doc. #3). Whereas the seal in this case has now been lifted (doc. #20),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff's motion to temporarily seal the entire file (docs. #3) is DENIED as moot.

DATED April 13, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**