DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRUCE MONEYMAKER, a/k/a Bruce Moneymaker, Mike Smith, and Michael Bruce Millerd, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,<br><br>DANIEL DE LA CRUZ, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,<br><br>BELFORT CAPITAL VENTURES, INC., a corporation,<br><br>DYNAMIC ONLINE SOLUTIONS, LLC, a limited liability company,<br><br>HSC LABS, INC., a corporation,<br><br>RED DUST STUDIOS, INC., a corporation,<br><br>SEASIDE VENTURES TRUST, individually and as an officer and director of the corporate defendants, and<br><br>JOHN DOE NO. 1, in his capacity as trustee of Seaside Ventures Trust,<br><br>Defendants. | 2:11-cv-00461-RLH -RJJ |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Benjamin J. Theisman and Robin L. Moore to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Theisman and Ms. Moore are attorneys with the Federal Trade Commission, an agency of the federal government. Mr. Theisman is a member in good standing of the State Bars of the District of Columbia (Bar No. 498308) and Virginia (Bar No. 71505). Ms. Moore is a member in good standing of the State Bars of the District of Columbia (Bar No. 987108) and New York (Bar No. 4481271).

The following contact information is provided to the Court:

Benjamin J. Theisman
Robin L. Moore
Federal Trade Commission
600 Pennsylvania Ave. NW, M-8102B
Washington, DC 20580
Phone 202.326.2223   Fax 202.326.2558
btheisman@ftc.gov; rmoore@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Benjamin J. Theisman and Robin L. Moore to practice before this honorable Court.

DATED this 25th day of March 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
DATED: April 13, 2011