1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| |
|---|
| FEDERAL TRADE COMMISSION, |
| Plaintiff, |
| v. |
| MICHAEL BRUCE MONEYMAKER, et al., |
| Defendants. |

2:11-CV-461 JCM (RJJ)

**ORDER**

Presently before the court is defendants Belfort Capital Ventures, Inc.'s, Dynamic Online Solutions, LLC's, HSC Labs, Inc.'s, Michael Bruce Moneymaker's, Red Dust Studios, Inc.'s, and Seaside Ventures Trust's emergency motion for release of funds (doc. #25), to which the plaintiff has responded (doc. #36). Also before the court is defendant Daniel De La Cruz's motion to dissolve the asset freeze (doc. #28), to which the plaintiff has responded (doc. #33). To date, no replies have been received.

Whereas this court has issued a preliminary injunction continuing the asset freeze and has directed the defendants to submit living expense requests to the receiver, Robb Evans & Associates, LLC, for review,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for release of funds (doc. #25) is DENIED as moot;

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that defendant's motion to dissolve the asset freeze (doc. #28)

2  is hereby DENIED as moot.

3    DATED April 22, 2011.

4

5    _____

6    **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**