1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

   Plaintiff,

v.

MICHAEL BRUCE MONEYMAKER, et al.,

   Defendants.

2:11-CV-461 JCM (RJJ)

**ORDER**

  Presently before the court is the receiver's motion for an order approving and authorizing payment of receiver's fees and expenses for the period from March 29, 2011, through May 31, 2011. (Doc. #89). The parties have not filed any opposition.

  Also before the court is plaintiff's motion to limit notice under Local Rule of Civil Practice 66-5. (Doc. #90). The parties have not filed any opposition.

  Pursuant to Local Rule of Civil Practice 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly, the court proceeds as if the defendants have agreed to the receiver's fees and expenses sought and the limiting of notice under Local Rule of Civil Practice 66-5.

  The receiver seeks to recover $65,395.00 in fees and expenses incurred during the expense period March 29, 2011, through May 31, 2011. This total is comprised of the receiver's fees and expenses of $55,820.29; fees for asset preservation of $463.59; and legal fees and costs in the

1  amount of $9,111.12 incurred to the Kolesar Firm, the receiver's outside counsel.

2  After reviewing the motions and the declarations and exhibits thereto, and good cause
3  appearing,

4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the receiver's motion for
5  an order approving and authorizing payment of receiver's fees and expenses for the period from
6  March 31, 2011, through May 31, 2011 (doc. #89) be, and the same hereby is, GRANTED consistent
7  with the foregoing.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that receiver's motion to
9  limit notice under Local Rule of Civil Practice 66-5 (doc. #90), be, and the same hereby is,
10 GRANTED.

11 DATED September 9, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -