Robin L. Moore
Benjamin J. Theisman
600 Pennsylvania Avenue, NW
Mailstop M-8102B
Washington, DC 20580
Telephone: (202) 326-2167, -2223
Fax: (202) 326-2558
Email: rmoore@ftc.gov, btheisman@ftc.gov

Blaine T. Welsh
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> Plaintiff, <br><br> vs. <br><br> **MICHAEL BRUCE MONEYMAKER, a/k/a Bruce Moneymaker, Mike Smith, and Michael Bruce Millerd, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,** <br><br> **DANIEL DE LA CRUZ, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,** <br><br> **BELFORT CAPITAL VENTURES, INC., a corporation,** <br><br> **DYNAMIC ONLINE SOLUTIONS, LLC, a limited liability company,** <br><br> **HSC LABS, INC., a corporation,** | **Case No. 2:11-cv-00461-JCM-CWH** |

**RED DUST STUDIOS, INC., a corporation,**

**SEASIDE VENTURES TRUST, individually and as an officer and director of the corporate defendants, and**

**JOHN DOE NO. 1, in his capacity as trustee of Seaside Ventures Trust,**

**Defendants.**

## JOINT MOTION TO STAY PENDING SETTLEMENT

The Federal Trade Commission ("FTC") and Defendants, through their counsel, move this Court to stay all dates and deadlines set by the Court's Discovery Plan and Scheduling Order entered on June 28, 2011 (Dkt. No. 74) and the Amended Discovery Plan and Scheduling Order entered on September 2, 2011 (Dkt. No. 95), for ninety (90) days pending settlement between the parties. A deadline within a scheduling order may be modified for good cause. Fed. R. Civ. P. 16(b)(4); LR 26-4. Good cause for the stay is shown by the following:

1. The above captioned case was filed on March 28, 2011. Concurrent with filing the Complaint, the FTC sought an *ex parte* temporary restraining order ("TRO") against Defendants, which the Court entered on the same day, and then modified on March 29, 2011.

2. On April 15, 2011 the Court entered a preliminary injunction following a hearing on the matter.

3. The parties have since that time diligently pursued discovery and engaged in settlement discussions.

4. The discovery cut-off is October 31, 2011, which is also the last day the Commission could seek leave to add Defendant Michael Bruce Moneymaker's wife, Claudia Alvarez, as a relief defendant.

5. On October 27, 2011, each of the Defendants signed a Stipulated Order for Injunction and Monetary Judgment that, if approved by the Commission and the Court, would resolve the need for any further proceedings.

6. The FTC is an independent federal agency. Therefore, all settlements negotiated by counsel and signed by Defendants must be approved by the Director of the Bureau of Consumer Protection and then considered and voted on by the five member Commission. The Commission's consideration of the Stipulated Order for Injunction and Monetary Judgment likely will take several weeks.

7. It would be a waste of judicial resources, as well as those of the parties, to address potential discovery disputes, to address whether to add additional parties, or process lengthy dispositive motions with numerous supporting exhibits when final settlement is likely.

8. For these reasons, the parties request that the Court stay all dates and deadlines for ninety (90) days with respect to the parties. The parties recognize, however, that the stay would not affect the activities or filings of the Receiver.

For these reasons, the FTC and Defendants request the Court grant their joint motion to stay all dates and deadlines with respect to the parties for ninety (90) days pending settlement.

                                                    Respectfully submitted,

Dated: October 28, 2011           /s/ Robin L. Moore
                                                    ROBIN L. MOORE
                                                    BENJAMIN J. THEISMAN
                                                    600 Pennsylvania Avenue, NW, M-8102B
                                                    Washington, DC 20580
                                                    Telephone: (202) 326-2167, -2223

                                                    Attorneys for Plaintiff
                                                    FEDERAL TRADE COMMISSION


                                                    /s/ Alan B. Pick
                                                    ALAN B. PICK
                                                    JAMES C. SUN
                                                    Pick & Boydston, LLP
                                                    617 S. Olive Street, Suite 400
                                                    Los Angeles, CA  90014
                                                    Telephone: (213) 624-1996

                                                    Attorney for Defendants Michael Bruce Moneymaker; Daniel de la Cruz; Belfort Capital Ventures, Inc.; Dynamic Online Solutions LLC; Red Dust Studios, Inc.; HSC Labs, Inc.; and Seaside Ventures Trust


                                                    **IT IS SO ORDERED**:

                                                    _____
                                                    United States District Judge

                                                    this 28th day of October, 2011.

**CERTIFICATE OF SERVICE**

I, Robin L. Moore, hereby certify that on October 28, 2011 I caused the foregoing Joint Motion to Stay Pending Settlement to be served upon the following parties by electronic filing:

Alan B. Pick
abp@pickboydston.com
James C. Sun
jaimesol@aol.com
Pick & Boydston, LLP

Michael C. Van
michael@shumwayvan.com
Shumway, Van & Hansen

Attorneys for Michael Bruce Moneymaker,
Belfort Capital Ventures, Inc.,
Dynamic Online Solutions, LLC,
HSC Labs, Inc.,
Red Dust Studios, Inc., and
Seaside Ventures Trust


Randolph L. Howard
rhoward@klnevada.com
Matthew J. Christian
mchristian@klnevada.com

Attorneys for Temporary Receiver
Robb Evans & Associates, LLC


Dated: October 28, 2011                                               /s/ Robin L. Moore