Robin L. Moore
Benjamin J. Theisman
600 Pennsylvania Avenue, NW
Mailstop M-8102B
Washington, DC 20580
Telephone: (202) 326-2167, -2223
Fax: (202) 326-2558
Email: rmoore@ftc.gov, btheisman@ftc.gov

Blaine T. Welsh
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **Case No. 2:11-cv-00461-JCM-CWH** |
| Plaintiff, | |
| vs. | |
| **MICHAEL BRUCE MONEYMAKER, a/k/a Bruce Moneymaker, Mike Smith, and Michael Bruce Millerd, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,** | |
| **DANIEL DE LA CRUZ, individually, as an officer and director of the corporate defendants, and also doing business as Fortress Secured,** | |
| **BELFORT CAPITAL VENTURES, INC., a corporation,** | |
| **DYNAMIC ONLINE SOLUTIONS, LLC, a limited liability company,** | |
| **HSC LABS, INC., a corporation,** | |

| | |
|---|---|
| 1 | |
| 2 | **RED DUST STUDIOS, INC., a corporation,** |
| 3 | **SEASIDE VENTURES TRUST, individually and as an officer and director of the corporate defendants, and** |
| 4 | |
| 5 | **JOHN DOE NO. 1, in his capacity as trustee of Seaside Ventures Trust,** |
| 6 | **Defendants.** |

## STIPULATED DISMISSAL OF JOHN DOE NO. 1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED AMONG the Plaintiff, Federal Trade Commission ("FTC"), through its attorney of record, Robin L. Moore; Robb Evans & Associates, LLC, by and through its attorney of record, Randolph L. Howard; and Defendants Michael Bruce Moneymaker; Daniel de la Cruz; Belfort Capital Ventures, Inc.; Dynamic Online Solutions, LLC; Red Dust Studios, Inc., and Seaside Ventures Trust, through their counsel of record Alan B. Pick, to dismiss John Doe No. 1 from the complaint.

Dated: January 24, 2012

/s/ Robin L. Moore
ROBIN L. MOORE
BENJAMIN J. THEISMAN
600 Pennsylvania Avenue, NW, M-8102B
Washington, DC 20580
Telephone: (202) 326-2167, -2223

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

/s/ Alan B. Pick
ALAN B. PICK
JAMES C. SUN

617 S. Olive Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 624-1996

Attorney for Defendants Michael Bruce Moneymaker; Daniel de la Cruz; Belfort Capital Ventures, Inc.; Dynamic Online Solutions LLC; Red Dust Studios, Inc.; HSC Labs, Inc.; and Seaside Ventures Trust


/s/ Randolph L. Howard
RANDOLPH L. HOWARD
MATTHEW J. CHRISTIAN, ESQ
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone (702) 362-7800

Attorney for Permanent Receiver Robb Evans & Associates, LLC


**IT IS SO ORDERED**:

_____
United States District Judge

DATED January 27, 2012

3

**CERTIFICATE OF SERVICE**

I, Robin L. Moore, hereby certify that on January 24, 2012, I caused the foregoing Stipulated Dismissal of John Doe No. 1 to be served upon the following parties by electronic filing:

>Alan B. Pick
>abp@pickboydston.com
>James C. Sun
>jaimesol@aol.com
>Pick & Boydston, LLP
>
>Michael C. Van
>michael@shumwayvan.com
>Shumway, Van & Hansen
>
>Attorneys for Michael Bruce Moneymaker,
>Belfort Capital Ventures, Inc.,
>Dynamic Online Solutions, LLC,
>HSC Labs, Inc.,
>Red Dust Studios, Inc., and
>Seaside Ventures Trust
>
>
>Randolph L. Howard
>rhoward@klnevada.com
>Matthew J. Christian
>mchristian@klnevada.com
>
>Attorneys for Temporary Receiver
>Robb Evans & Associates, LLC

Dated: January 24, 2012                                  /s/ Robin L. Moore