MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: mchristian@klnevada.com
        ssherman@klnevada.com

Attorneys for Receiver
*ROBB EVANS & ASSOCIATES LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

MICHAEL BRUCE MONEYMAKER, a/k/a
Bruce Moneymaker, Mike Smith, and Michael
Bruce Millerd, individually, as an officer and
director of the corporate defendants, and also
doing business as Fortress Secured; DANIEL
DE LA CRUZ, individually, as an officer and
director of the corporate defendants, and also
doing business as Fortress Secured; BELFORT
CAPITAL VENTURES, INC., a corporation;
DYNAMIC ONLINE SOLUTIONS, LLC, a
limited liability company; HSC LABS, INC., a
corporation; RED DUST STUDIOS, INC., a
corporation; SEASIDE VENTURES TRUST,
individually and as an officer and director of
the corporate defendants; and JOHN DOE NO.
1, in his capacity as trustee of SEASIDE
VENTURES TRUST,

    Defendants.

Case No. 2:11-cv-00461-JCM (RJJ)

**ORDER: (1) APPROVING RECEIVER'S FINAL REPORT AND ACCOUNTING; (2) APPROVING RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM INCEPTION THROUGH CLOSING; (3) AUTHORIZING ABANDONMENT OF UNADMINISTERED ASSETS AND DESTRUCTION OF RECORDS; (4) DISCHARGING RECEIVER; (5) RELIEVING RECEIVER OF ALL DUTIES AND LIABILITIES; (6) AUTHORIZING THE TURNOVER OF ANY REMAINING FUNDS TO PLAINTIFF; AND (7) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS; AND ALL RELATED RELIEF**

    The Court, having read and considered the Motion for Order: (1) Approving Receiver's Final Report And Accounting; (2) Approving Receiver's and Professionals' Fees and Expenses From Inception Through Closing; (3) Authorizing Abandonment of Unadministered Assets and Destruction of Records; (4) Discharging Receiver; (5) Relieving Receiver Of All Duties And

*(sidebar)* KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

Liabilities; (6) Authorizing the Turnover of Any Remaining Funds to Plaintiff; and (7) Granting

Relief From Local Rule 66-5 Pertaining To Notice To Creditors (the "Motion") filed by Robb

Evans & Associates, LLC (the "Receiver") on May 22, 2013 as Docket No. 119, along with the

evidence filed in support of the Motion; no opposition to the Motion having been filed within the

time set forth in Local Rule 7-2(b); and good cause having been shown to grant the Receiver's

Motion, it is:

ORDERED that the Motion shall be and hereby is GRANTED in its entirety; and it is

further

ORDERED that the Receiver's final report and accounting is hereby APPROVED; and it

is further

ORDERED that the fees and expenses of the Receiver and its professionals from the

inception of its appointment through its discharge are hereby APPROVED; and it is further

ORDERED that the Receiver's abandonment of any unadministered assets and the

destruction of the Receivership Defendants' records is hereby AUTHORIZED; and it is further

ORDERED that the Receiver is hereby DISCHARGED and relieved from all further

duties and liabilities in connection with the receivership estate; and it is further

ORDERED that the Receiver's bond and undertaking in this matter in the amount of

$10,000 is hereby EXONERATED and RELEASED; and it is further

ORDERED that the Receiver is hereby AUTHORIZED to turnover any remaining funds,

after payment of the Receiver's administrative fees and expenses, to Plaintiff Federal Trade

Commission; and it is further

///

///

///

///

///

///

///

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1    ORDERED that the Receiver's service of the Motion, by serving a notice of the filing of

2 the Motion on all parties, all known non-consumer creditors of the estate, and all parties in

3 interest, but not on the tens of thousands of potential consumer creditors, as reflected in the

4 Certificate of Service on file herein as Docket No. 123, is deemed sufficient service under Local

5 Rule of Civil Procedure 66-5(f).

6
       DATED: _____ June 13, 2013
7

8                                                                              United States District Judge

9 Respectfully submitted by:

10 **KOLESAR & LEATHAM**

11
   By:
12 MATTHEW J. CHRISTIAN, ESQ.
   SHLOMO S. SHERMAN, ESQ.
13 400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada  89145
14
   Attorneys for Receiver
15 ROBB EVANS & ASSOCIATES, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1433326 (5818-8)                          - 3 -